# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

MICHAEL RODIGUEZ,

        Plaintiff,

  v.

WELL PATH, *et al*,

        Defendants.

Case No. 2:19-cv-02074-RFB-VCF

**ORDER TO PRODUCE MICHAEL RODRIGUEZ, # 1893015**

TO:    WARDEN, CLARK COUNTY DETENTION CENTER;
         UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA
         AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **MICHAEL RODRIGUEZ, #1893015**, is presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd., Las Vegas, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Clark County Detention Center, or his designee, shall transport and produce **MICHAEL RODRIGUEZ, #1893015**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Friday, January 10, 2020, at the hour of 11:00 AM, in LV Courtroom 7C to attend a hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **MICHAEL RODRIGUEZ, #1893015**, is released and

/ / /

/ / /

/ / /

discharged by the said Court; and that **MICHAEL RODRIGUEZ, #1893015,** shall thereafter be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

**DATED** this  6th   day of January, 2020.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**