UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

**MICHAEL RODIGUEZ**,

        Plaintiff,

  v.

**WELL PATH,** *et al*,

        Defendants.

Case No. 2:19-cv-02074-RFB-VCF

**AMENDED ORDER
TO PRODUCE
MICHAEL RODRIGUEZ,
# 1893015**

TO:    WARDEN, CLARK COUNTY DETENTION CENTER;
          UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA
          AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **MICHAEL RODRIGUEZ, #1893015**, is presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd., Las Vegas, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Clark County Detention Center, or his designee, shall transport and produce **MICHAEL RODRIGUEZ, #1893015**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Friday, January 17, 2020 at the hour of 9:00 AM in LV Courtroom 7C to attend a hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **MICHAEL RODRIGUEZ, #1893015**, is released and discharged by the said Court; and that **MICHAEL RODRIGUEZ, #1893015**, shall thereafter be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

**IT IS FURTHER ORDERED** that [8] ORDER to Produce is vacated.

**DATED** this  8th   day of January, 2020.

                                                          _____
                                                          **RICHARD F. BOULWARE, II**
                                                          **UNITED STATES DISTRICT JUDGE**