**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MICHAEL RODRIGUEZ,

      Plaintiff(s),

v.

WELL PATH, *et al.*,

      Defendant(s).

2:19-cv-02074-ART-VCF

**ORDER**

Before the court is Las Vegas Metropolitan Police Department's motion to file under seal the last known addresses of Defendants Richard Forbus and Fred Meyer (ECF No. 43).

Defendants Richard Forbus and Fred Meyer have retired and LVMPD is unable to accept service for retired officers. LVMPD is requesting to file under seal the last known addresses of Defendants Forbus and Meyer.

No opposition has been filed. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Accordingly,

IT IS HEREBY ORDERED that Las Vegas Metropolitan Police Department's motion to file under seal the last known addresses of Defendants Richard Forbus and Fred Meyer (ECF No. 43) is GRANTED. LVMPD must file the last known address(es) of Defendants Richard Forbus and Fred Meyer on or before July 29, 2022.

DATED this 19th day of July 2022.

                                                          CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1