**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MICHAEL RODRIGUEZ,

        Plaintiff(s),

v.

WELL PATH, *et al.*,

        Defendant(s).

2:19-cv-02074-ART-VCF

**ORDER**

Before the court is Plaintiff's request for the docket sheet (ECF NO. 52).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's request for the docket sheet (ECF NO. 52) is GRANTED.

The Clerk of Court is directed to mail Plaintiff an updated docket sheet in this case.

DATED this 19th day of July 2022.

                                                                         CAM FERENBACH
                                                                         UNITED STATES MAGISTRATE JUDGE