**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

Michael Rodriguez,

        Plaintiff(s),

v.

Well Path, et al.,

        Defendant(s).

2:19-cv-02074-ART-VCF

**ORDER**

Before the court are Plaintiff's motions for referral to the Pro Bono Program, to stay the case, and direct filings. ECF Nos. 104, 105, 106.

Plaintiff states that James D. Urrutia, Esq. represents him in another matter and requests the Court to appoint Mr. Urrutia as pro bono counsel in this matter.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motions For Referral To The Pro Bono Program, To Stay The Case, And Direct Filings (ECF Nos. 104, 105, 106) are added to the scheduled video conference hearing on October 6, 2023 at 1:00 PM.

James D. Urrutia, Esq. is invited to attend the scheduled video conference hearing on October 6, 2023, at 1:00 PM.

The Clerk of Court is directed to email a copy of this order and ECF Nos. 104, 105, 106, to Mr. Urrutia at James@TheLJU.com.

DATED this 2nd day of October 2023.

                                                CAM FERENBACH
                                                UNITED STATES MAGISTRATE JUDGE