**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| Michael Rodriguez,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Well Path, et al.,<br><br>　　　　　　Defendants. | Case No.:  2:19-cv-2074-ART-VCF<br><br>**REFERRAL TO PRO BONO PROGRAM** |

　　　　Before the court are plaintiff's motion requesting the court to refer this matter to the pro bono program (ECF NO. 104), motion requesting the court to direct the Clerk to electronically transmit all filings in this matter to James D. Urrutia (ECF NO. 105), and motion to stay case (ECF NO. 106).

　　　　Plaintiff Rodriguez filed a motion requesting pro bono counsel in the instant matter.  Plaintiff states that James Urrutia, Esq. represents him as pro bono counsel in 2:17-cv-2344-RFB-DJA and he would be willing to appear as pro bono counsel in this case.

　　　　On October 6, Judge Ferenbach held a hearing on ECF Nos. 104, 105, and 106.  Mr. Urrutia was invited to attend; however, Mr. Urrutia did not attend the hearing.

　　　　At the hearing, the court ordered that if Mr. Urrutia would like to file a notice of willingness to appear as pro bono counsel in this matter, it must be done by November 6.  On October 11, 2023, Mr. Urrutia filed his notice of willingness to accept this case. (ECF No. 112).

　　　　This case is referred to the Pro Bono Program ("Program") adopted in General Order 2019-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Michael Rodriguez.  The scope of appointment will be for all purposes through the conclusion of trial.  By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's motion requesting the court to refer this matter to the pro bono program (ECF NO. 104), is GRANTED.

IT IS FURTHER ORDERED that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

IT IS FURTHER ORDERED that the Clerk forwards this order to the Pro Bono Liaison.

IT IS FURTHER ORDERD that the motion requesting the court to direct the Clerk to electronically transmit all filings in this matter to James D. Urrutia (ECF NO. 105), is GRANTED.

IT IS FURTHER ORDERED that the motion to stay case (ECF NO. 106), is DENIED without prejudice.  Mr. Urrutia may refile the motion to stay case, if necessary, after his appearance as pro bono counsel in this matter.

DATED this 12th day of October 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE