S. BRENT VOGEL
Nevada Bar No. 6858
E-Mail: Brent.Vogel@lewisbrisbois.com
MELANIE L. THOMAS
Nevada Bar No. 12576
E-Mail: Melanie.Thomas@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants Naphcare, Inc.;
Larry Williamson, M.D.; Earl Salviejo; Hugh
Andrew Rosett; Harry Duran, M.D.; Kendra
Meyer; and Lee Meisner*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>WELLPATH, et al.<br><br>Defendant. | CASE NO. 2:19-cv-02074-RFB-VCF<br><br>**LETTERS OF SPECIAL ADMINISTRATION FOR ESTATE OF DEFENDANT HARRY DURAN, M.D.** |

Defendants NAPHCARE, INC., LARRY WILLIAMSON, M,D., EARL SALVIEJO, HUGH ANDREW ROSETT, HARRY DURAN, M.D., KENDRA MEYER, AND LEE MEISNER'S (Defendants), by and through their counsel of record, S. Brent Vogel, Esq. and Melanie L. Thomas, Esq. of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby submits Letters of Special Administration for the Estate of Harry Duran, M.D.

On December 5, 2023, an Order of the Court issued Letters of Special Administration, appointing Robert Ansara as the Special Administrator of the Estate of Harry Leo Duran, M.D. for the purpose(s) of the instant litigation. No bond is required.

///

131542946.1

The Special Administrator, being duly qualified, is hereby authorized to act and has the full authority and duties of Special Administrator.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE

## OATH

STATE OF NEVADA    )
                                      )ss
COUNTY OF CLARK  )

I, Robert Ansara, whose mailing address is: 10791 West Twain, Las Vegas, Nevada 89135, solemnly affirm that I will faithfully perform according to law the duties of Special Administrator and that all matters stated in any petition or paper filed with the Court by me or on my behalf are true of my own knowledge or, if any matters are stated on information and belief, I believe them to be true.

DATED THIS 6 day of November, 2023.

_____
ROBERT ANSARA, SPECIAL ADMINISTRATOR
DUNHAM TRUST COMPANY
10791 W. Twain
Las Vegas, Nevada 89135
(702) 541-6225; robert.ansara@dunham.com

Subscribed and affirmed before me on this 6th day of November, 2023, by Robert Ansara, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Public, in and for said County and State

Andrea Ferguson
Notary Public - State of Nevada
Appointment recorded in Clark County
23-5431-01 - Expires: February 3, 2027

131542946.1

2