# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Michael Rodriguez,

          Plaintiff(s),

v.

Well Path, et al.,

          Defendant(s).

2:19-cv-02074-ART-VCF

**ORDER**

Having considered: Defendants' Joint Motion to Extend the Dispositive Motions Deadline (ECF No. 122); Plaintiff's Response (ECF No. 122); the Reply in Support of Joint Motion to Extend the Dispositive Motions Deadline (ECF No. 124); and the Motion to Supplement (ECF No. 126), and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Extend Time (ECF No. 122) and the Motion to Supplement (ECF No. 126) are GRANTED.

IT IS FURTHER ORDERED that dispositive motions must be filed by January 16, 2024, and the deadline for filing the Joint Pretrial Order is February 16, 2024.  If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this 2nd day of January 2024.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE