1

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

3

4        Michael Rodriguez,                           2:19-cv-02074-ART-MDC

5                          Plaintiff(s),

6        vs.                                          **Order**

7        Well Path, et al.,

8                          Defendant(s).

9

10           The Court has reviewed defendants' motion for leave to file document and plaintiff's motion for

11      copies. ECF Nos. 126 and 130. The Court denies defendants' motion for leave as moot and plaintiff's

12      motion for copies as unnecessary, given that plaintiff filed this motion before he had pro bono counsel.

13      *Id.*

14           In defendants' motion to supplement, they argue that they seek leave to extend the dispositive

15      motion deadline until January 16, 2024. ECF No. 126. This request is now moot, given that the Court

16      already extended the dispositive motion deadline to January 16, 2024 in response to the defendants' earlier

17      filed motion. See Order at ECF No. 128.

18           Plaintiff argues in his motion for copies that he wishes to receive CM/ECF notices electronically

19      through the High Desert State Prison law library email address. ECF No. 130. This request is unnecessary

20      because the plaintiff is now represented by pro bono counsel James Urrutia. Attorney Urrutia is now

21      receiving all CM/ECF notices on plaintiff's behalf and will communicate with plaintiff about court filings

22      going forward. See ECF No. 134.

23           U.S. District Court District of Nevada Local Rule IA 11-6(a) states: "once an attorney makes an

24      appearance on behalf of a party, that party may not personally file a document with the court; all filings

25      must thereafter be made by the attorney." See also *United States v. Anderson*, Case No. 2:16-CR-0305-

1    KJD-VCF, 2020 WL 2308087, at 1 (D. Nev. May 8, 2020) (denying defendant's "fugitive filing" under

2    the Local Rules). Now that plaintiff is represented by counsel, the Court warns plaintiff that going forward,

3    plaintiff may no longer file motions on the docket as a pro se litigant.

4              **IT IS ORDERED** that:

5         1.      Defendants' motion for leave to file document (ECF No. 126) is DENIED as moot.

6         2.      Plaintiff's motion for copies (ECF No. 130) is DENIED as unnecessary.

7         DATED this 1st day of February 2024.

8         IT IS SO ORDERED.

9

10                                              _____
                                                Maximiliano D. Couvillier III
11                                              United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25