JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885
**LJU LAW FIRM**
7575 Vegas Dr., Suite 100
Las Vegas, NV 89128
T: (702) 707-9433
F: (702) 702-2194
James@TheLJU.com
*Counsel for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLPATH, *et al.*,<br><br>　　　　　Defendants. | CASE NO.:   2:19-cv-02074-ART-MDC<br><br>**STIPULATION TO EXTEND TIME TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER [ECF NO. 142]** |

　　　　Plaintiff, MICHAEL RUDOLPH RODRIGUEZ, by and through his attorney of record, JAMES D. URRUTIA, ESQ. of LJU LAW FIRM, and Defendants, NaphCare, Inc.; Estate of Harry Duran, M.D., Kendra Meyer, Lee Meisner, Earl Salviejo, and Larry Williamson, D.O., by and through their attorney of record, MELANIE L. THOMAS ESQ., and Defendant Las Vegas Metropolitan Police Department, Richard Forbus, and Fred Meyer, by and through their attorney of record, KRISTOPHER J. KALKOWSKI, ESQ., hereby submit their stipulation and agreement to extend the deadline to submit a discovery plan and scheduling order [ECF 142] and respectfully request that the Court extend the submittal deadline for an additional period of one week (7) days, making the Discovery Plan and Scheduling Order due on May 15, 2024.  This request is supported in good cause and excusable neglect.

. . .

On April 29, 2024, a meet and confer session took place. However, parties are of the opinion that a second meet and confer is warranted to effectively resolve the specifics of the discovery to be conducted.

Dated this 6th day of May, 2024.

**LJU LAW FIRM**

/s/ James D. Urrutia
JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885
7575 Vegas Drive, Ste. 100
Las Vegas, NV 89128
*Counsel for Plaintiff, MICHAEL RODRIGUEZ*

Dated this 6th day of May, 2024.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

/s/ Melanie L. Thomas
MELANIE L. THOMAS, ESQ.
(Bar No. 12576)
6385 S. Rainbow Blvd., Ste 600
Las Vegas, NV 89118
*Counsel for Defendants*

Dated this 6th day of May, 2024.

**KAEMPFER CROWELL**

/s/ Lyssa Anderson
LYSSA ANDERSON, ESQ.
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI, ESQ.
Nevada Bar No. 14892
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
*Counsel for Defendants*

**IT IS SO ORDERED.**

**DATED:** 5/6/24

_____
UNITED STATES MAGISTRATE JUDGE