S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
ETHAN M. FEATHERSTONE
Nevada Bar No. 11566
Ethan.Featherstone@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants Naphcare, Inc.;
Estate of Harry Duran, M.D., Kendra Meyer,
Lee Meisner, Earl Salviejo, and Larry
Williamson, M.D. and for Wellpath, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RODRIGUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLPATH, et al.<br><br>    Defendant. | CASE NO. 2:19-cv-02074-ART-MDC<br><br>**ORDER GRANTING STIPULATION AND ORDER TO STAY ALL DEADLINES PENDING RESOLUTION OF THE BANKRUPTCY FILED BY DEFENDANT WELLPATH, LLC** |

The Parties, by and through their undersigned counsel of record, hereby stipulate and request that this Court stay all deadlines pending resolution of the bankruptcy filed by Wellpath LLC ("Wellpath"). This stay would include the forthcoming deadline to file dispositive motions of December 11, 2024.

Wellpath is a former Defendant in this matter; thus, it is not a current party. However, Wellpath's former employees remain Defendants. These include: Dr. Larry Williamson, Earl Salviejo, Hugh Andrew Rosett, Kendra Meyer, and Lee Meisner ("Wellpath Individuals") remain Defendants. Pursuant to the Amended Interim Order Enforcing the Automatic Stay

149320982.1

("Bankruptcy Stay Order"), the bankruptcy stay applies to lawsuits in their entirety against Wellpath and non-debtors defendants who are or were employees of Wellpath and who were providing services on behalf of Wellpath. *See* Suggestion of Bankruptcy and Notice of Stay, ECF No. 154.

Rather than dispute whether the Bankruptcy Stay Order is valid and effective in this case, the parties hereby request the stay be recognized. This will avoid a circumstance risking a violation of the Bankruptcy Stay Order by Plaintiffs in continuing the lawsuit by responding to a motion for summary judgment brought by the Wellpath Individuals seeking to file such a motion by the December 11, 2024 deadline. The Wellpath Individuals agree to file a status report on the bankruptcy stay after 90 days from the entry of this Stipulation, and agree to thereafter provide a status report after each 30-day period until the bankruptcy stay is lifted. This stipulation does not prohibit Plaintiff from requesting relief from the automatic stay.

This request is made in good faith and not for purposes of delay.

IT IS SO STIPULATED.

| DATED this 5th day of December, 2024. | DATED this 5th day of December, 2024 |
|---|---|
| LJU LAW FIRM | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| */s/ James D. Urrutia* | */s/ Ethan M. Featherstone* |
| JAMES D. URRUTIA, ESQ.<br>7575 Vegas Drive, Suite 100<br>Las Vegas, NV 89128<br>*Attorneys for Plaintiff* | S. BRENT VOGEL, ESQ.<br>ETHAN M. FEATHERSTONE, ESQ.<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendants Naphcare, Inc.; Estate of Harry Duran, M.D., Kendra Meyer, Lee Meisner, Earl Salviejo, and Larry Williamson, M.D. and for Wellpath, LLC* |

149320982.1

2

1 DATED this 27th day of November, 2024.

2 KAEMPFER CROWELL

3 /s/ Lyssa S. Anderson

4 LYSSA S. ANDERSON, ESQ.
RYAN W. DANIELS, ESQ.
5 1980 Festival Plaza Drive, Sute 650
Las Vegas, NV 89135
6 *Attorneys for Specially Appearing Defendant
7 Las Vegas Metropolitan Police Department*

9 ORDER

10 IT IS SO ORDERED.

11 DATED: December 12, 2024

13 UNITED STATES DISTRICT JUDGE

149320982.1

3