S. BRENT VOGEL
Nevada Bar No. 6858
E-Mail: Brent.Vogel@lewisbrisbois.com
PRANAVA MOODY
Nevada Bar No. 16590
E-Mail: Pranava.Moody@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants NaphCare, Inc.;
Estate of Harry Duran, M.D., Kendra Meyer,
Lee Meisner, Earl Salviejo, and Larry
Williamson, D.O.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELLPATH, et al.,<br><br>　　　　Defendants. | CASE NO. 2:19-CV-02074-ART-MDC<br><br>**MOTION TO REMOVE ATTORNEYS ETHAN M. FEATHERSTONE AND MELANIE L. THOMAS FROM SERVICE LIST** |

Notice that Defendants NaphCare, Inc.; Estate of Harry Duran, M.D.; Kendra Meyer; Lee Meisner; Earl Salviejo; and Larry Williamson, D.O., by and through their counsel of record S. Brent Vogel, of the law firm of Lewis Brisbois Bisgaard & Smith LLP, respectfully requests that Ethan M. Featherstone and Melanie L. Thomas be removed

///
///
///
///
///
///

159390971.1

from the CM/ECF service list for the above-captioned case as they are no longer with Lewis Brisbois Bisgaard & Smith LLP.  Pranava Moody has been added in place of Ethan M. Featherstone and Melanie L. Thomas.

DATED:  June 30, 2025

LEWIS BRISBOIS BISGAARD & SMITH LLP

By     */s/ S. Brent Vogel*
S. BRENT VOGEL
Nevada Bar No. 6858
PRANAVA MOODY
Nevada Bar No. 16590
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
*Attorneys for Defendants NaphCare, Inc.; Estate of Harry Duran, M.D., Kendra Meyer, Lee Meisner, Earl Salviejo, and Larry Williamson, D.O.*

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 7-10-25

159390971.1

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 30th day of June, 2025, I did cause a true copy of **MOTION TO REMOVE ATTORNEYS ETHAN M. FEATHERSTONE AND MELANIE L. THOMAS FROM SERVICE LIST** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

| | |
|---|---|
| Michael Rodriguez<br>H.D.S.P. #1024751<br>1200 Prison Road<br>Lovelock, NV 89419<br>*Plaintiff in Pro Se*<br>**VIA U.S. MAIL ONLY** | Lyssa S. Anderson, Esq.<br>Ryan W. Daniels, Esq.<br>KAEMPFER CROWELL<br>1980 Festival Plaza Dr., Suite 650<br>Las Vegas, NV 89135<br>Tel: 702.792.7000<br>Fax: 702.796.7181<br>landerson@kcnvlaw.com<br>rdaniels@kcnvlaw.com<br>*Attorneys for Specially Appearing Defendant Las Vegas Metropolitan Police Department* |
| James D. Urrutia, Esq.<br>LJU LAW FIRM<br>7575 Vegas Drive, Suite 100<br>Las Vegas, NV 89128<br>Tel: 702.707.9433<br>Fax: 702-702.2194<br>james@TheLJU.com<br>*Attorneys for Plaintiff* | |

By   /s/ Gaylene Kim-Mistrille
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP