LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Richard Forbus, and Fred Meyer*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>WELL PATH, *et al.*,<br><br>Defendants. | CASE NO.: 2:19-cv-02074-ART-MDC<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT ECF No. 172** |

Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Richard Forbus, and Fred Meyer (collectively "LVMPD Defendants"), Defendants Larry Williamson, M.D., Earl Salviejo, Hugh Andrew Rosett, Naphcare, Inc., Harry Duran, M.D., Kendra Meyer, and Lee Meisner ("Medical Defendants"), and Plaintiff Michael Rodriguez stipulate and agree to extend LVMPD Defendants' deadline to file a Reply in support of the pending Motion for Summary Judgment, (ECF No. 172), from November 7, 2025, to December 8, 2025.

This Stipulation arises under Local Rule IA 6-1 and is supported by good cause because Plaintiff's pro bono counsel, the LJU Law Firm, is exploring whether to supplement his

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.198

Page 1 of 2

1  Response to the Motion for Summary Judgment with a declaration from Plaintiff.  Plaintiff's pro
2  bono counsel has informed Defendants that Plaintiff has been transferred to the Lovelock
3  Correctional Center.  The facility has been on lockdown for close to two months.  Also, the
4  facility has been having various technical difficulties preventing communication with Plaintiff
5  and his counsel.  To appropriately address all documents that may be presented by Plaintiff
6  before filing a Reply, the parties stipulate and agree to a 30-day extension of the deadline.

7  DATED this 7th day of November, 2025.

8  KAEMPFER CROWELL

9  /s/ Kristopher J. Kalkowski

10 LYSSA S. ANDERSON
   Nevada Bar No. 5781
   KRISTOPHER J. KALKOWSKI
11 Nevada Bar No. 14892
   1980 Festival Plaza Drive, #650
12 Las Vegas, Nevada 89135
   **Attorneys for Defendants**
13 **Las Vegas Metropolitan Police Department, Richard Forbus, and Fred Meyer**

LEWIS BRISBOIS BISGAARD & SMITH

/s/ Pranava B. Moody

S. Brent Vogel., Esq.
Pranava B. Moody
LEWIS BRISBOIS BISGAARD & SMITH
6385 S. Rainbow Blvd. Suite 600
Las Vegas, NV 89118
(702) 893-3383- telephone
(702) 892-3789 -facsimile
**Attorney for Defendants**
**Larry Williamson, M.D., Earl Salviejo, Hugh Andrew Rosett, Naphcare, Inc., Harry Duran, M.D., Kendra Meyer, and Lee Meisner**

17 LJU LAW FIRM

   /s/ James Urrutia

18 LJU LAW FIRM
   James D. Urrutia
19 7575 Vegas Drive, Suite 100
   Las Vegas, NV 89128
20 Email: James@thelju.com
   **Attorneys for Plaintiff**

**IT IS SO ORDERED.**

DATED 11/13/25.

_____
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.198

Page 2 of 2