1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

12   MICHAEL RODRIGUEZ,

13            Plaintiff,

14   vs.

15   WELL PATH, *et al.*,

16            Defendants.

| CASE NO.:    2:19-cv-02074-ART-MDC |
| **ORDER GRANTING** |
| **STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT ECF No. 172** <br> **(Second Request)** |

17        Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Richard Forbus,

18   and Fred Meyer (collectively "LVMPD Defendants"), Defendants Larry Williamson, M.D., Earl

19   Salviejo, Hugh Andrew Rosett, Naphcare, Inc., Harry Duran, M.D., Kendra Meyer, and Lee

20   Meisner ("Medical Defendants"), and Plaintiff Michael Rodriguez stipulate and agree to extend

21   LVMPD Defendants' deadline to file a Reply in support of the pending Motion for Summary

22   Judgment, (ECF No. 172), for a second time, from December 8, 2025, to December 19, 2025.

23   The Court previously granted a thirty-day extension, (ECF No. 179).

24        This Stipulation arises under Local Rule IA 6-1 and is supported by good cause because

6943.198

Plaintiff's pro bono counsel, the LJU Law Firm, is still exploring whether to supplement his Response to the Motion for Summary Judgment with a declaration from Plaintiff. Plaintiff's pro bono counsel has informed Defendants that Plaintiff has been transferred to the Lovelock Correctional Center. The facility has been on lockdown for close to two months. Also, the facility has been having various technical difficulties preventing communication with Plaintiff and his counsel. To appropriately address all documents that may be presented by Plaintiff before filing a Reply, the parties stipulate and agree to a second extension of the deadline, by 11 days, to December 19, 2025.

DATED this 8th day of December, 2025.

KAEMPFER CROWELL

*/s/ Kristopher J. Kalkowski*

LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
1980 Festival Plaza Drive, #650
Las Vegas, Nevada 89135
***Attorneys for Defendants***
***Las Vegas Metropolitan Police Department,***
***Richard Forbus, and Fred Meyer***

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Pranava B. Moody*

S. Brent Vogel., Esq.
Pranava B. Moody
LEWIS BRISBOIS BISGAARD & SMITH
6385 S. Rainbow Blvd. Suite 600
Las Vegas, NV 89118
(702) 893-3383- telephone
(702) 892-3789 -facsimile
***Attorney for Defendants***
***Larry Williamson, M.D., Earl Salviejo, Hugh***
***Andrew Rosett, Naphcare, Inc., Harry Duran,***
***M.D., Kendra Meyer, and Lee Meisner***

LJU LAW FIRM

*/s/ James Urrutia*

LJU LAW FIRM
James D. Urrutia
7575 Vegas Drive, Suite 100
Las Vegas, NV 89128
Email: James@thelju.com
***Attorneys for Plaintiff***

**IT IS SO ORDERED.**

DATED this 9th day of December, 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE