UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| Michael Rodriguez,,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Wellpath, et al.,<br><br>　　　　Defendant. | Case No. 2:19-cv-02074-ART-MDC<br><br>**ORDER GRANTING**<br><br>STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT ECF No. 177 (First Request) |

Defendants Naphcare, Inc.; Estate of Harry Duran, M.D.; Kendra Meye; Lee Meisner; Hugh Andrew Rossett; Earl Salviejo; and Larry Williamson, M.D. (together "Medical Defendants"), Las Vegas Metropolitan Police Department ("LVMPD"), Richard Forbus and Fred Meyer (collectively "LVMPD Defendants"), and Plaintiff Michael Rodriguez stipulate and agree to extend Medical Defendants' deadline to file a Reply in support of the pending Motion for Summary Judgment, (ECF No. 177), for the first time, from December 18, 2025, to January 2, 2026.

This Stipulation arises under Local Rule IA 6-1 and is supported by good cause because the Medical Defendants are exploring whether Plaintiff timely opted out of the underlying Bankruptcy proceedings regarding dismissed party Wellpath, LLC. Additionally,

1  Medical Defendants' counsel has an upcoming medical procedure and will be out of the
2  jurisdiction during the holidays. To appropriately address all arguments presented by
3  Plaintiff and for judicial economy in addressing claims that may potentially be subject to
4  dismissal due to the bankruptcy proceedings, the parties stipulate and agree to a 2-week
5  extension of the deadline.

6      Dated this 18th day of December, 2025.

| LEWIS BRISBOIS BISGAARD & SMITH | KAEMPFER CROWELL |
|---|---|
| /s/ *Pranava Moody* | /s/ *Kristopher J. Kalkowski* |
| S. Brent Vogel, Esq.<br>Pranava B. Moody, Esq.<br>6385 S. Rainbow Blvd. Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendants Naphcare, Inc.; Estate of Harry Duran, M.D., Kendra Meyer, Lee Meisner, Hugh Andrew Rossett, Earl Salviejo, Larry Williamson, M.D.* | Lyssa S. Anderson, Esq.<br>Kristopher J. Kalkowski<br>1980 Festival Plaza Drive, #650<br>Las Vegas, NV 89135<br>*Attorneys for Defendants Las Vegas Metropolitan Police Department, Richard Forbus, and Fred Meyer* |

LJU LAW FIRM

/s/ *James D. Urrutia*
James D. Urrutia
7575 Vegas Drive, Suite 100
Las Vegas, NV 89128
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Dated this <u>19th day of December, 2025</u>.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE