1

2

3

4

5

6

7

8

9

10    UNITED STATES DISTRICT COURT

11    DISTRICT OF NEVADA, SOUTHERN DIVISION

12

13    Michael Rodriguez,                          Case No. 2:19-cv-02074-ART-MDC

14              Plaintiff,                         **ORDER GRANTING**

15        vs.                                      **STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT ECF No. 177 (Second Request)**

16    Wellpath, et al.,

17              Defendant.

18
19    Defendants Naphcare, Inc.; Estate of Harry Duran, M.D.; Kendra Meye; Lee

20    Meisner; Hugh Andrew Rossett; Earl Salviejo; and Larry Williamson, M.D. (together

21    "Medical Defendants"), Las Vegas Metropolitan Police Department ("LVMPD"), Richard

22    Forbus and Fred Meyer (collectively "LVMPD Defendants"), and Plaintiff Michael

23    Rodriguez stipulate and agree to extend Medical Defendants' deadline to file a Reply in

24    support of the pending Motion for Summary Judgment, (ECF No. 177), for the second time,

25    from January 2, 2026, to January 14, 2026.

26        This Stipulation arises under Local Rule IA 6-1 and is supported by good cause

27    because the Medical Defendants are exploring whether Plaintiff timely opted out of the

28    underlying Bankruptcy proceedings regarding dismissed party Wellpath, LLC. To

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

169287639.1                                      Case No. 2:19-cv-02074-ART-MDC

1  appropriately address all arguments presented by Plaintiff and for judicial economy in

2  addressing claims that may potentially be subject to dismissal due to the bankruptcy

3  proceedings, the parties stipulate and agree to a 2-week extension of the deadline.

4       Dated this 2nd day of January, 2026.

5  LEWIS BRISBOIS BISGAARD & SMITH          KAEMPFER CROWELL

6  /s/ *Pranava Moody*                      /s/ *Lyssa S. Anderson*
   S. Brent Vogel, Esq.                     Lyssa S. Anderson, Esq.
7  Pranava B. Moody, Esq.                   Kristopher J. Kalkowski
   6385 S. Rainbow Blvd. Suite 600          1980 Festival Plaza Drive, #650
8  Las Vegas, NV 89118                      Las Vegas, NV 89135
   *Attorneys for Defendants Naphcare, Inc.;*   *Attorneys for Defendants Las Vegas*
9  *Estate of Harry Duran, M.D., Kendra*    *Metropolitan Police Department, Richard*
   *Meyer, Lee Meisner, Hugh Andrew*        *Forbus, and Fred Meyer*
10 *Rossett, Earl Salviejo, Larry Williamson,*
   *M.D.*

11

12 LJU LAW FIRM

13 /s/ *James D. Urrutia*
   James D. Urrutia
14 7575 Vegas Drive, Suite 100             **IT IS SO ORDERED.**
   Las Vegas, NV 89128
15 *Attorneys for Plaintiff*                Dated this 7th day of January, 2026.

16

17

18                                          ANNE R. TRAUM
                                            UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

169287639.1                    2          Case No. 2:19-cv-02074-ART-MDC