PRANAVA B. MOODY
Nevada Bar No. 16590
Pranava.Moody@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for Defendants NaphCare, Inc.;
Wellpath, LLC; Estate of Harry Duran, M.D.;
Lee Meisner; Kendra Meyer; Hugh Andrew
Rossett; Earl Salviejo; and Larry Williamson,
M.D.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| Michael Rodriguez,,<br><br>            Plaintiff,<br><br>        vs.<br><br>Wellpath, et al.,<br><br>            Defendant. | Case No. 2:19-cv-02074-ART-MDC<br><br>**MOTION TO REMOVE S. BRENT VOGEL FROM SERVICE LIST** |

Defendants NAPHCARE, INC., WELLPATH, LLC, ESTATE OF HARRY DURAN, M.D., LEE MEISNER, KENDRA MEYER, HUGH ANDREW ROSSETT, EARL SALVIEJO, and LARRY WILLIAMSON, M.D., together ("Wellpath Defendants") by and through their counsel of record Pranava B. Moody, of the law firm of Lewis Brisbois Bisgaard &

///

///

///

///

///

///

///

176601894.1                                              Case No. 2:19-cv-02074-ART-MDC

Smith LLP, respectfully request that S. Brent Vogel be removed from the CM/ECF service list for the above-captioned case as he is no longer with this firm. .

May 14, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

By      /s/ *Pranava Moody*
PRANAVA B. MOODY
Nevada Bar No. 16590
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383

Attorneys for Naphcare, Inc., Wellpath, LLC;
Estate of Harry Duran, M.D., Lee Meisner,
Kendra Meyer, Hugh Andrew Rossett, Earl
Salviejo, and Larry Williamson, M.D.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 5-18-26

176601894.1                                    2                    Case No. 2:19-cv-02074-ART-MDC

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 14th day of May 2026, I did cause a true copy of **MOTION TO REMOVE S. BRENT VOGEL FROM SERVICE LIST** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

James D. Urrutia, Esq.
LJU LAW FIRM
7575 Vegas Drive, Suite 100
Las Vegas, NV 89128
Tel: 702.707.9433
Fax: 702-702.2194
james@TheLJU.com
*Attorneys for Plaintiff*

Lyssa S. Anderson, Esq.
Ryan W. Daniels, Esq.
KAEMPFER CROWELL
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135
Tel: 702.792.7000
Fax: 702.796.7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
*Attorneys for Specially Appearing Defendant Las Vegas Metropolitan Police Department*

By   /s/ Gaylene Kim-Mistrille
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

176601894.1                    3                    Case No. 2:19-cv-02074-ART-MDC