UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| Michael Rodriguez,<br><br>Plaintiff,<br><br>vs.<br><br>Wellpath, et al.,<br><br>Defendant. | Case No. 2:19-cv-02074-ART-MDC<br>**ORDER GRANTING**<br>STIPULATION AND ORDER TO DISMISS DEFENDANTS ESTATE OF HARRY DURAN, M.D.; KENDRA MEYER; LEE MEISNER; EARL SALVIEJO; AND LARRY WILLIAMSON, M.D. <u>ONLY</u> WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between the Plaintiff MICHAEL RODRIGUEZ and Defendants Estate of Harry Duran, M.D., Kendra Meyer, Lee Meisner, Earl Salviejo, and Larry Williamson, M.D., through their respective counsel of record, that Defendants Estate of Harry Duran, M.D., Kendra Meyer, Lee Meisner, Earl Salviejo, and Larry Williamson, M.D. <u>ONLY</u> shall be dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

IT IS SO STIPULATED.

DATED this 8th day of July, 2026

LEWIS BRISBOIS BISGAARD
& SMITH LLP

/s/ Pranava B. Moody
PRANAVA B. MOODY, ESQ.
*Attorneys for Defendants Naphcare,*
*Inc.; Estate of Harry Duran, M.D.,*
*Kendra Meyer, Lee Meisner, Earl*
*Salviejo, Larry Williamson, M.D. and*
*Wellpath, LLC*

LJU LAW FIRM

/s/ James D. Urrutia
JAMES D. URRUTIA, ESQ.
*Attorneys for Plaintiff Michael Rodriguez*

## ORDER

IT IS HEREBY ORDERED that Defendants Estate of Harry Duran, M.D., Kendra Meyer, Lee Meisner, Earl Salviejo, and Larry Williamson, M.D. ONLY, be dismissed with prejudice.

_____
Anne R. Traum
United States District Court

DATED this 10th day of July

179192156.1                                    2                    Case No. 2:19-cv-02074-ART-MDC